■ VICKI LAFRANCE, Individually and as Administratrix of the Estate of MATTHEW LAFRANCE, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 71974.) (Appeal No. 3.)—Order unanimously affirmed without costs for reasons stated at Court of Claims, Margolis, J. (Appeal from order of Court of Claims, Margolis, J.—settle record on appeal.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.